# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER SHAMI,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERVICE,<br><br>    Defendant. | Case No. 1:24-cv-00201-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON SERVICE AND READINESS FOR SCHEDULING CONFERENCE<br><br>**FIVE-DAY DEADLINE** |

Plaintiff filed this action on February 14, 2024. (ECF No. 1.) Plaintiff filed what the Court construes to be a first amended complaint on February 15, 2024. (ECF No. 4.) A scheduling conference is currently set for August 8, 2024. (ECF No. 3.) Plaintiff has not returned service documents for the defendant in this action nor has the defendant filed a responsive pleading.

Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id. The order setting the scheduling conference in this matter additionally provides that: "plaintiff shall diligently pursue service of the summons

and complaint and dismiss those defendants against whom the plaintiff will not pursue claims . . .[and] plaintiff shall promptly file proofs of service of the summons and complaint so the Court has a record of service." (ECF No. 3 at 1.)

Accordingly, IT IS HEREBY ORDERED that **within five days of entry of this order**, Plaintiff shall file a notice regarding the status of service on the Defendant, and whether the August 8, 2024 scheduling conference should be continued for an appropriate time. Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 11, 2024**

UNITED STATES MAGISTRATE JUDGE